UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RICHARD HUROWITZ,

                Plaintiff,

     -against-

SSR PARTNERS, L.P., et al.,

                Defendants.
------------------------------------------------------------------x

ORDER
05 CV 10298 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendant's motion to dismiss plaintiff's alleged claims in Count II (conversion), Count IV (fraud) and Count VI (aiding and abetting fraudulent misappropriation) is granted.

    Defendant's motion to dismiss plaintiff's alleged claim in Count V (aiding and abetting breach of fiduciary duty) is denied.

    Defendant's motion to dismiss plaintiff's claim for punitive damages is granted.

Dated: New York, New York
       February 2, 2006

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge